IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:

Bobby Allen Gilliam
Deborah Ann Johnson Gilliam

CHAPTER 13 PROCEEDING
CASE NO: 16-02959

## MOTION FOR EXTENSION OF TIME
## TO FILE REMAINING REQUIRED DOCUMENTS

COMES NOW, the Debtors, BOBBY ALLEN GILLIAM and DEBORAH ANN JOHNSON GILLIAM, to FILE THIS Motion for Extension of Time to File Required Documents as follows:

1. The Debtors filed this Chapter 13 case on April 26, 2016
2. The deadline to file remaining documents is May 10, 2016
3. Debtors are actively working to complete the rest of the required documents as Debtors are, as of this date, unable to complete the remaining 40 plus pages of documents required.

WHEREFORE, Debtors respectfully requests an Order granting an extension of time to file the remaining documents in this case.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a copy of the foregoing has been furnished via U.S. Mail, first class postage fully prepaid, this 10th day of May, 2016, to Henry Edward Hilderbrand, III, Chapter 13 Trustee, P.O. Box 340019, Nashville, TN 37203-0019.

_____

Bobby Allen Gilliam and Deborah Ann Johnson Gilliam
5049 Luker Lane
Antioch, TN 37013
(615) 496-7058