IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
BOBBY ALLEN GILLIAM and ) Bk. No. **16-02959-MH3-13**
DEBORAH ANN GILLIAM, ) Chapter 13
5049 Luker Lane ) Judge Marian F. Harrison
Antioch, TN 37013 )
SSN: XXX-XX-9901  SSN: XXX-XX-4136 )
Debtor(s). )

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** Not provided
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: Not provided by debtors.**
**\*\*\*As set by Trustee:** June 15, 2016 at 8:30 a.m. in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, Tennessee 37203\*\*\*

TRUSTEE'S OBJECTION TO DEBTORS' APPLICATION FOR
EXTENSION OF TIME FOR THE DEBTORS TO FILE SCHEDULES AND STATEMENTS

     Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully objects to the application filed by the debtors for an order extending the time in which the debtors may file the documents required by Rule 1007 and Rule 3015. The Trustee submits that the debtors have failed to establish sufficient cause justifying an extension of time.

     The debtors filed their Chapter 13 petition on April 26, 2016. The instant Chapter 13 case is the fifth Chapter 13 petition filed by the debtors since 2005. The debtors have been in two Chapter 13 cases within the past year, both having been dismissed as a result of the debtors' noncompliance with their plan. In accordance with 11 U.S.C. § 362(c)(4), there is no automatic stay protecting either the debtors or the property of the estate.

     The Trustee has filed a Motion to Dismiss and requests this Court dismiss the debtors' case.

                         Respectfully submitted,

                         /s/ Henry E. Hildebrand, III
                         _____
                         Henry E. Hildebrand, III
                         Chapter 13 Trustee
                         P. O. Box 340019
                         Nashville, TN  37203-0019
                         615-244-1101; Fax 615-242-3241
                         www.ch13nsh.com
                         pleadings@ch13nsh.com

CERTIFICATE OF SERVICE

     I, the undersigned, hereby certifies that on or before the 27th day of May, 2016, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

U. S. Trustee

*By U. S. Postal Service, postage prepaid to:*

Bobby A. and Deborah A. Gilliam, 5049 Luker Lane, Antioch, TN 37013

                         /s/ Henry E. Hildebrand, III
                         _____
                         Henry E. Hildebrand, III
                         Chapter 13 Trustee